1

### Joseph M. JONES, etc., Appellant, v. Izzy SCHWARTZ, Intervener.

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7265.

Appeal from the District Court of the United States for the Western District of Missouri.

I. J. Ringolsky, of Kansas City, Mo., for appellant.

J. Francis O'Sullivan, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.

2

### John H. JONES, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7258.

In Error to the District Court of the United States for the Southern District of Iowa.

E. S. Thayer, of Des Moines, Iowa, for plaintiff in error.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

3

### Rodney JONES, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. January 27, 1926.)

No. 7156.

In Error to the District Court of the United States for the Western District of Oklahoma.

Fred Tillman, of Pawhuska, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

4

### J. S. MERRELL DRUG. CO., Appellant, v. FABRICIUS MERCANTILE CO. et al.

(Circuit Court of Appeals, Eighth Circuit. March 5, 1926.)

No. 7368.

Appeal from the District Court of the United States for the Eastern District of Missouri.

E. H. Schwarzenbach, of St. Louis, Mo., for appellant.

Francis R. Stout and Karl P. Spencer, both of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant, etc.

5

### Thomas KEHOE, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. March 6, 1926.)

No. 7370.

In Error to the District Court of the United States for the Eastern District of Missouri.

Thomas Rowe, Jr., and William J. Blesse, both of St. Louis, Mo., for plaintiff in error.

C. J. Stattler, of St. Louis, Mo., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

6

### T. K. KELLY, Plaintiff in Error, v. B. F. YOUNGBLOOD et al.

(Circuit Court of Appeals, Eighth Circuit. February 23, 1926.)

No. 7316.

In Error to the District Court of the United States for the District of Minnesota.

C. B. Elliott, Nicholas Doll, and N. M. Coursolle, all of Minneapolis, Minn., for plaintiff in error.

Charles N. Dohs, George B. Edgerton, H. J. Maxfield, and George G. Edgerton, all of St. Paul, Minn., for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendants in error.